THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00190-MR-DLH

| | | |
|---|---|---|
| **SYNOVUS BANK,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| **LONELL PIERCE,** | ) | |
| Defendant, | ) | |
| vs. | ) | |
| **SYNOVUS FINANCIAL CORP. d/b/a National Bank of South Carolina, et al.,** | ) | |
| Third-Party Defendants. | ) | |

**THIS MATTER** is before the Court on the report of the mediator advising that this case has been completely settled. [Doc. 38].

In light of the parties' settlement, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the parties shall have thirty (30) days from the entry of this Order in which to file a stipulation of dismissal.

**IT IS SO ORDERED.**

Signed: April 25, 2013

Martin Reidinger
United States District Judge